ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
DANA B. SALMONSON
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant*
*Sitel Operating Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRANDI LODING AND TONSANIA COLLINS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SITEL OPERATING CORPORATION, a Delaware Corporation<br><br>Defendant. | CASE NO.: 2:16-cv-02047-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT SITEL OPERATING CORPORATION TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>(***Third Request***) |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendant, Sitel Operating Corporation ("Sitel" or "Defendant") by and through their undersigned counsel, Anthony L. Martin and Dana B. Salmonson, of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and Plaintiffs Brandi Loding and Tonsania Collins ("Plaintiffs"), by and through their undersigned counsel, Don Springmeyer and Bradley S. Schrager, of the law firm Wolf, Rifkin, Shapiro, Schulman, & Rabkin, LLP, hereby agree to extend the time for Defendant to file a response to Plaintiff's Complaint twenty-two (22) days, as the twenty-first day falls on a holiday, up to and including May 30, 2017. The present deadline is May 8, 2017.

1     This is the parties' third request for an extension of the response deadline. The parties first
2 submitted a request to extend the response deadline on December 1, 2017 (ECF No. 8) because the
3 parties were engaged in early settlement discussions and requested additional time to further
4 discuss this matter. Further, the parties were working on the global resolution of two related
5 matters filed in other jurisdictions - *i.e. Gaffers v. Sitel Worldwide Corp. and Sitel Operating*
6 *Corp.,* M.D. Tenn. Case No. 3:16-0128 and *Adams v. Sitel Operation Corporation,* M.D. N.C.
7 Case No. 1:16-cv-01051. The request was granted on December 5, 2017. (ECF No. 9.)

    The parties next submitted a request to extend the response deadline on February 6, 2017 in an effort to finalize mediation dates and continue their good faith discussions. (ECF No. 10.) The request was granted on February 7, 2017. (ECF No. 11.) Since that time, the parties have scheduled mediation for May 10, 2017.

    As indicated in the parties' first two requests to extend the response deadline, the parties have also entered into an agreement to voluntarily toll the statutes of limitation applicable to the claims of the named, opt-in, and putative Plaintiffs in these matters during the pendency of their discussions regarding potential resolution. Consequently, the parties are requesting an extension of time up to and including May 30, 2017 for Defendants to respond to Plaintiffs' Complaint should this matter not resolve at the May 10, 2017 mediation.

//
//
//
//
//
//
//
//
//
//
//

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

This request is being made to promote efficiency, the interests of justice, and judicial economy and not for the purpose of undue delay.

**IT IS SO STIPULATED:**

| | |
|---|---|
| DATED this 8th day of May, 2017. | DATED this 8th day of May, 2017. |
| SOMERS SCHWARTZ, P.C. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ *Kevin J. Stoops* | /s/ *Dana B. Salmonson* |
| Kevin J. Stoops *(admitted pro hac vice)*<br>Jesse L. Young *(pro hac admission pending)*<br>Neil B. Pioch *(pro hac admission pending)*<br>One Town Square, Suite 1700<br>Southfield, MI 48076 | Anthony L. Martin<br>Nevada Bar No. 8177<br>Dana B. Salmonson<br>Nevada Bar No. 11180<br>Wells Fargo Tower<br>Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>*Attorneys for Defendant Sitel Operating Corporation* |
| WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP<br><br>Don Springmeyer<br>Nevada Bar No. 1021<br>Bradley S. Schrager<br>Nevada Bar No. 10217<br>3556 E. Russell Road, Second Floor<br>Las Vegas, NV 89120<br><br>*Attorneys for Plaintiffs Brandi Loding, Tonsania Collins individually and on behalf of others similarly situated* | |

IT IS SO ORDERED.

DATED: May 9, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

3